UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
: No.
v.  :
:
BRIAN BUGLIO,  :
Defendant  :

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**Deprivation of Civil Rights**
**18 U.S.C. § 242**

I. **Background**

At times material to the Information:

1. Defendant BRIAN BUGLIO was the Chief of Police for the West Hazleton Police Department.

2. The West Hazleton Police Department was a law enforcement agency located in the Middle District of Pennsylvania. Employees of the West Hazleton Police Department, including BRIAN BUGLIO, were responsible for conducting themselves in compliance

with federal, state, and local laws, including the United States Constitution.

3. Individual #1 was a private citizen who resided in West Hazleton, Pennsylvania, within the Middle District of Pennsylvania.

4. On multiple occasions in or about February 2020, Individual #1 posted social media content on Facebook criticizing BRIAN BUGLIO and the West Hazleton Police Department.

5. On or about March 4, 2020, Individual #1 met with BRIAN BUGLIO at the West Hazleton Police Department, in accordance with BRIAN BUGLIO's directions. During that meeting, BRIAN BUGLIO, acting under color of law, threatened to pursue felony criminal charges against Individual #1, in retaliation for Individual #1's social media posts on Facebook and to stifle Individual #1's exercise of free speech. During the meeting, BRIAN BUGLIO acknowledged that the threatened felony charges lacked merit.

6. At the conclusion of the March 4, 2020 meeting, Individual #1 agreed to remove the social media posts from Facebook, and to refrain from creating additional social media posts critical of BRIAN

BUGLIO and the West Hazleton Police Department. Individual #1 and BRIAN BUGLIO confirmed that they had a "deal" and shook hands at the conclusion of the meeting.

II. **Statutory Allegations**

7. On or about March 4, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

BRIAN BUGLIO,

while acting under color of law, willfully deprived Individual #1 of a right secured and protected by the Constitution and laws of the United States, that is, the right to engage in free speech, which includes the right to express critical opinions of law enforcement officials without being threatened with adverse action for exercising that right.

In violation of Title 18, United States Code, Section 242.

Date: 5/27/21

BRUCE D. BRANDLER
Acting United States Attorney

By: _____
PHILLIP J. CARABALLO
Assistant United States Attorney